## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-01930-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)


WYATT T. HANDY JR.,

     Plaintiff,

v.

TRACY DOUGLAS, Individual and Official Capacity,
BARBARA REYMAN, Individual and Official Capacity,
TAMERA COOPER, Individual and Official Capacity,
BOBBY BONNER, Individual and Official Capacity,
GREG WILKINSON, Individual and Official Capacity,
JOAN THOMPSON, Individual and Official Capacity,
SHIFT COMMANDER/DUTY OFFICER, Individual and Official Capacity,
RICK RAEMISCH, Individual and Official Capacity,
ANTHONY DeCESARO, Individual and Official Capacity,
GRIFFITH MARSHALL, Individual and Official Capacity,
DAMON HININGER, Individual and Official Capacity,
CORRECTIONS CORPORATION OF AMERICA, and
COLORADO DEPARTMENT OF CORRECTIONS,

     Defendants.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, Wyatt T. Handy Jr., is in the custody of the Colorado Department of

Corrections and currently is incarcerated at the Kit Carson Correctional Facility in

Burlington, Colorado.  Mr. Handy, acting *pro se*, initiated this action by filing a Prisoner

Complaint that alleges a violation of his rights pursuant to 42 U.S.C. § 1983 and 28

U.S.C. § 1343.   As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the

Court has determined that the submitted document is deficient as described in this

Order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.

Any papers that Plaintiff files in response to this Order must include the civil action

number noted above in the caption of this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)　　X　　is not submitted
(2)　　___　is missing affidavit
(3)　　X　　is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4)　　___　is missing certificate showing current balance in prison account
(5)　　___　is missing required financial information
(6)　　X　　is missing authorization to calculate and disburse filing fee payments
(7)　　___　is missing an original signature by the prisoner
(8)　　___　is not on proper form
(9)　　___　names in caption do not match names in caption of complaint, petition or habeas application
(10)　X　　other: Plaintiff may in the alternative pay the $400 filing fee in full in advance

**Complaint, Petition or Application**:

(11)　___　is not submitted
(12)　___　is not on proper form
(13)　___　is missing an original signature by the prisoner
(14)　___　is missing page nos. ___
(15)　___　uses et al. instead of listing all parties in caption
(16)　___　names in caption do not match names in text
(17)　___　addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)　___　other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**days from the date of this Order**.  Any papers that Plaintiff files in response to this

Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (revised 10/1/12) (with

the assistance of his case manager or the facility's legal assistant), along with the

applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED July 11, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge