IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01930-MEH

WYATT T. HANDY, JR.,

      Plaintiff,

v.

TRACY DOUGLAS,
BARBARA REYMAN,
TAMERA COOPER,
BOBBY BONNER,
GREG WILKINSON, and
UNKNOWN SHIFT COMMANDER/DUTY OFFICER,

      Defendants.

---

### MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 29, 2014.**

     Plaintiff's Motion to Amend Complaint [filed September 25, 2014; docket #21] is **denied without prejudice** for Plaintiff's failure to demonstrate whether justice requires the requested amendments.  A simple listing of new claims is insufficient to explain why the Court should grant Plaintiff's request to amend.