IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01930-MEH

WYATT T. HANDY, JR.,

    Plaintiff,

v.

TRACY DOUGLAS,
BARBARA REYMAN,
TAMERA COOPER,
BOBBY BONNER,
GREG WILKINSON, and
UNKNOWN SHIFT COMMANDER/DUTY OFFICER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 17, 2014.**

    Plaintiff's Motion to Compel Discovery [filed November 14, 2014; docket #33] is **denied** as premature. The Status/Scheduling Conference in this case is scheduled for December 8, 2014 after which time the Plaintiff may serve directly upon the Defendants his written discovery requests.

    Plaintiff's Motion for Court to Direct the Clerk of the Court to Send Plaintiff a Copy of Bobby Bonner's Answer and/or Motion to Dismiss [filed November 14, 2014; docket #34] is **denied** as moot. Pursuant to the Waiver of Service filed in this case by Defendants Douglas, Reyman, Bonner and Wilkinson, these Defendants' answer or other response to the operative complaint is not due until November 17, 2014. Docket #23.[1] No such document(s) have yet been filed.

---

[1] To the extent that the Plaintiff relies on the text entry for this filing, the Court notes that the entry contains a typographical error for the service and deadlines regarding Defendant Bonner. There is nothing in the record demonstrating that Bonner was served ten days before the other Defendants.