IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01930-WYD-MEH

WYATT T. HANDY, JR.,

    Plaintiff,

v.

TRACY DOUGLAS,
BARBARA REYMAN,
TAMERA COOPER,
BOBBY BONNER,
GREG WILKINSON,
UNKNOWN SHIFT COMMANDER/DUTY OFFICER,
BOBBY MAYES, and
SHERWYN PHILLIP,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 2, 2015**.

    In the interests of judicial economy and efficient, Plaintiff's Motion for Court to Direct the Clerk of the Court to Serve Process on the Defendants Mayes and Phillip [filed January 30, 2015; docket #57] is **granted** as follows. The Court notes that Plaintiff is not proceeding *in forma pauperis* in this case; however, the Clerk of the Court arranged service of process when the case was originally at issue. Accordingly, the Court directs the Clerk to serve the newly named Defendants, Bobby Mayes and Sherwin Phillip, in the same manner as that arranged on September 18, 2014 (docket #12). If service is not effected upon this arrangement, the Plaintiff will be responsible for serving the new Defendants.