IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-01930-WYD-MEH | Date: | February 24, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                                 *Counsel:*

WYATT HANDY JR.                                                Pro se

   Plaintiffs,

v.

TRACY DOUGLAS ET AL                                       Edmund Kennedy

   Defendant.

---

**COURTROOM MINUTES**
**MOTION HEARING**

---

**10:37 p.m.**     **Court in session.**

Court calls case.  Appearances of counsel. Defendant appeared, pro se, by telephone.

The plaintiff has no objection to counsel for the defendant obtaining a copy of his inmate file.

**IT IS ORDERED THAT the Department of Corrections is to release the inmate file of the plaintiff, Wyatt Handy Jr. #55343, to Edmund Kennedy.**

**IT IS FURTHER ORDERED THAT the Cheyenne Mountain Re-Entry Center (CMRC) is to release the inmate file of the plaintiff, Wyatt Handy Jr. #55343, to Edmund Kennedy.**

Following oral argument, the Court GRANTED IN PART the [46] Second Motion to Compel Discovery by Plaintiff.  Edmund Kennedy will attempt to obtain the file of Tamera Cooper for additional contact information. Additionally, Mr. Kennedy shall update the plaintiff in writing by March 6, 2015.

Following oral argument, the Court GRANTED IN PART the [52] Third Motion to Compel Discovery by Plaintiff.

Request for Production #11:  Mr. Kennedy will obtain the files of Douglas, Cooper, and Reyman to obtain information requested in discovery related to complaints dealing with retaliation.

Request for Production #12:  Mr. Kennedy will attempt to locate the requested policies.

Request for Production #21:  Plaintiff is to provide a copy of the log that he has to Mr. Kennedy as an example of what he is seeking.

Request for Production #22:   Broadened to include emails related to all of the defendants.

Interrogatory #13:  Mr. Kennedy will produce the requested AR 600-01A

Interrogatory #16:  Plaintiff states that he filed several grievances against Defendant Douglas. All documents are likely contained in the Plaintiff's DOC file.

Upon receipt of the DOC inmate file, the defendants will review the documents and supplement the discovery requests propounded by the plaintiff.

A Status Conference is set for **March 30, 2015 at 10:00 a.m. before U.S. Magistrate Judge Hegarty in Courtroom A 501.**  The plaintiff may appear by telephone by calling 303-844-4507.

The Clerk of Court shall send a copy of these minutes to the Case Manager for the plaintiff.

**11:36 a.m.     Court in recess.**    Hearing concluded.
Total in-court time    00:59

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.