IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01930-WYD-MEH

WYATT T. HANDY, JR.,

    Plaintiff,

v.

TRACY DOUGLAS,
BARBARA REYMAN,
TAMERA COOPER,
BOBBY BONNER,
GREG WILKINSON,
UNKNOWN SHIFT COMMANDER/DUTY OFFICER,
BOBBY MAYES, and
SHERWYN PHILLIP,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 16, 2015**.

    Defendants' Motion to Conduct Deposition of Incarcerated Inmate Plaintiff Pursuant to Fed. R. Civ. P. 30(a)(2)(B) [filed April 15, 2015; docket #78] is **granted**. Defendants may conduct a deposition of the Plaintiff in accordance with Fed. R. Civ. P. 30(a)(2)(B) and 26(b)(2).