IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01930-WYD-MEH

WYATT T. HANDY, JR.,

    Plaintiff,

v.

TRACY DOUGLAS,
BARBARA REYMAN,
TAMERA COOPER,
BOBBY BONNER,
GREG WILKINSON,
UNKNOWN SHIFT COMMANDER/DUTY OFFICER,
BOBBY MAYES, and
SHERWYN PHILLIP,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 12, 2015**.

    Plaintiff's Motion for Court to Direct the Clerk to Send Plaintiff a Copy of the Register of Actions [filed May 11, 2015; docket #93] is **granted**.  The Clerk of the Court is directed to send a copy of the docket sheet in this case to the Plaintiff at his current address.