IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01930-WYD-MEH

WYATT T. HANDY, JR.,

    Plaintiff,

v.

TRACY DOUGLAS,
BARBARA REYMAN,
TAMERA COOPER,
BOBBY BONNER,
GREG WILKINSON,
UNKNOWN SHIFT COMMANDER/DUTY OFFICER,
BOBBY MAYES, and
SHERWYN PHILLIP,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 29, 2015**.

    In light of the CCA Defendants' response informing the Court that counsel would provide Plaintiff with the documents he seeks at a May 22, 2015 deposition, Plaintiff's Fourth Motion to Compel Discovery [filed May 4, 2015; docket #90], Plaintiff's Fifth Motion to Compel Discovery [filed May 18, 2015; docket #102], and Plaintiff's Motion for Sanctions [filed May 26, 2015; docket #112], which were executed by the Plaintiff before May 22, 2015, are **denied without prejudice**.

    However, the Plaintiff and counsel for Defendants are directed to appear before the Court for a Status Conference on Tuesday, **June 16, 2015, at 10:00 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. If any issues raised in the above-referenced motions remain unresolved, the Court will hear those issues at the conference.

    The Plaintiff shall participate in this conference by telephone. Plaintiff and his case manager, or a representative of the facility, shall contact the Court at (303) 844-4507 on the above date and time in order to participate.

    Otherwise, please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).

**In addition to notice of filing of this Minute Order being provided to the parties, it is ORDERED that the office of the Clerk shall mail a copy of this Minute Order to the following**:

CASE MANAGER FOR
Wyatt T. Handy, Jr.,
# 55343
Trinidad Correctional Facility (TCF)
21000 Highway 350 East
Model, CO 81059