IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01930-WYD-MEH

WYATT T. HANDY, JR.,

    Plaintiff,

v.

TRACY DOUGLAS, Individual and Official Capacity,
BARBARA REYMAN, Individual and Official Capacity,
TAMERA COOPER, Individual and Official Capacity,
BOBBY BONNER, Individual and Official Capacity,
GREG WILKINSON, Individual and Official Capacity,
JOAN THOMPSON, Individual and Official Capacity,
SHIFT COMMANDER/DUTY OFFICER, Individual and Official Capacity,
RICK RAEMISCH, Individual and Official Capacity,
ANTHONY DeCESARO, Individual and Official Capacity,
GRIFFITH MARSHALL, Individual and Official Capacity,
DAMON HININGER, Individual and Official Capacity,
CORRECTIONS CORPORATION OF AMERCIA, and
COLORADO DEPARTMENT OF CORRECTIONS,

    Defendants.

**ORDER**

THIS MATTER is before the Court on Plaintiff's Motion for Court to Dismiss Barbara Reyman and Bobby Bonner as Defendants filed June 1, 2015.  The Court, having reviewed the motion and file and being fully advised in the premises,

ORDERS that Plaintiff's Motion for Court to Dismiss Barbara Reyman and Bobby Bonner as Defendants (ECF No. 119) is **GRANTED**.  Defendants Barbara Reyman and Bobby Bonner are **DISMISSED WITH PREJUDICE**, and shall hereafter be taken off the caption.

Dated: June 3, 2015

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge