IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01930-WYD-MEH

WYATT T. HANDY, JR.,

    Plaintiff,

v.

TRACY DOUGLAS,
TAMERA COOPER,
GREG WILKINSON,
UNKNOWN SHIFT COMMANDER/DUTY OFFICER,
BOBBY MAYES, and
SHERWYN PHILLIP,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 3, 2015**.

    Plaintiff's Motion for Court to Serve Tiffany Davis [filed June 1, 2015; docket #120] is **denied** as premature. The Plaintiff states that the Court "granted in part" his motion to amend the complaint; however, this Court simply recommended to the Honorable Wiley Y. Daniel, who presides over this matter, that Plaintiff's motion be granted in part and denied in part. Accordingly, the motion remains pending before Senior Judge Daniel.