IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:14-cv-01930-WYD-MEH | Date: | June 30, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*  *Counsel:*

WYATT T. HANDY JR.                              Pro se

    Plaintiff,

v.

TRACY DOUGLAS                                    Edmund Kennedy
TRACY DOUGLAS (1)
GREG WILKINSON
SHIFT COMMANDER/DUTY OFFICER (I)
BOBBY MAYES                                      Jacquelynn Fredericks
BOBBY MAYES (I)
SHERWYN PHILLIP (I)
SHERWYN PHILLIPS

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**
**STATUS CONFERENCE**

---

**Court in session:    12:02 p.m.**

The Court calls case.   Appearances of counsel.

Discussion regarding discovery issues.

On or before July 8, 2015, Jacquelynn Fredericks is to file a Status Report with the Court stating that she has located the requested incident report or that there is no incident report.

**ORDERED:**

[136] Sixth Motion to Compel is GRANTED to the extent that the document does exist and DENIED AS MOOT if the document does not exist.

Dispositive Motion deadline is reset to August 31, 2015.

**Court in recess:   12:15 a.m.**      (Hearing concluded)
Total time in court:    0:13

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.