IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01930-WYD-MEH

WYATT T. HANDY, JR.,

    Plaintiff,

v.

TRACY DOUGLAS,
TAMERA COOPER,
GREG WILKINSON,
CAPTAIN FRANK, Shift Commander/Duty Officer,
BOBBY MAYES, and
SHERWYN PHILLIP,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 4, 2015**.

    Plaintiff's Motion for Court to Direct the Clerk of the Court to Send Plaintiff a Copy of the Fourth Amended Complaint and Register of Actions [filed August 3, 2015; docket #162] is **granted**. The Clerk of the Court is directed to send to Plaintiff a copy of the Fourth Amended Complaint (docket #151) and the docket sheet in this case.