IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01930-WYD-MEH

WYATT T. HANDY, JR.,

    Plaintiff,

v.

TRACY DOUGLAS,
TAMERA COOPER,
GREG WILKINSON,
CAPTAIN FRANK, Shift Commander/Duty Officer,
BOBBY MAYES, and
SHERWYN PHILLIP,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 17, 2015**.

    Plaintiff's Seventh Motion to Compel Discovery [filed August 13, 2015; docket #169] is **denied without prejudice** for failure to comply with Fed. R. Civ. P. 37(a)(1): "The motion must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action."

    However, while the discovery cutoff has passed in this case, in the interests of justice and judicial efficiency, the Court will construe Plaintiff's motion as a discovery request to the Defendants.[1] D.C. Colo. LCivR 5.3(b). Defendants shall respond to this request in accordance with all applicable court rules.

---

[1] No party shall construe this order as permitting leave to re-open discovery in this case.