IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01930-WYD-MEH

WYATT T. HANDY, JR.,

      Plaintiff,

v.

TRACY DOUGLAS,
TAMERA COOPER,
GREG WILKINSON,
CAPTAIN FRANK, Shift Commander/Duty Officer,
BOBBY MAYES, and
SHERWYN PHILLIP,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 11, 2015**.

     Plaintiff's Fifth Motion for Sanctions [filed September 10, 2015; docket #188] is **denied**. Plaintiff again seeks an order "barring the Defendants from using the Plaintiff's deposition in their defense, and/or preclude any defense or any evidence or argument refuting the admissions they failed to respond to, and/or to make presumptions or strike defenses related to the incident report (statement), and/or to order Defendants to reimburse Plaintiff the cost of filing the instant lawsuit" based on Defendants' alleged failure to produce a "statement" written by Defendant Douglas that Plaintiff claims is an "incident report."   Plaintiff provides no evidence nor support for his supposition that the "statement" referenced in the chronological log is actually an incident report presumably required by prison regulations.  Moreover, his assertion that Defendants have "refused" to produce such statement has no support; Plaintiff points to nothing demonstrating the statement was included in his prison file and not produced by Defendants or that he has requested a copy of the "statement" from Defendants and they refused to produce it.