IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01930-WYD-MEH

WYATT T. HANDY, JR.,

    Plaintiff,

v.

TRACY DOUGLAS,
TAMERA COOPER,
GREG WILKINSON,
CAPTAIN FRANK, Shift Commander/Duty Officer,
BOBBY MAYES, and
SHERWYN PHILLIP,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 9, 2015**.

    Plaintiff's Motion for Court Order Allowing Plaintiff to Reply to Defendant's Response to Plaintiff's Motion for Court to Deny or Stay Defendant's Summary Judgment Motion [filed October 8, 2015; docket #202] is **granted**. Plaintiff may file a reply brief in support of his motion **on or before October 22, 2015**.